# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PRIMO BAGGIOLINI | § |
| | § Civil Action No. 4:19-CV-156 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| OCWEN FINANCIAL CORPORATION, | § |
| ET AL. | § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 12, 2019, the report of the Magistrate Judge (Dkt. #60) was entered containing proposed findings of fact and recommendations that Defendant Ocwen Financial Corporation and Ocwen Loan Servicing LLC's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #17) be denied as moot.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #17) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

SIGNED this 22nd day of January, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE